# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZAFER BULDUK, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | 8:09CV298 |
| vs. | ) | |
| | ) | ORDER |
| SBARRO, INC., | ) | |
| | ) | |
|         Defendant. | ) | |
| | | |
| VOLKAN SOYULMAZ, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | 8:09CV299 |
| vs. | ) | |
| | ) | ORDER |
| SBARRO, INC., | ) | |
| | ) | |
|         Defendant. | ) | |
| | | |
| CHARLES ALLEY, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | 8:09CV300 |
| vs. | ) | |
| | ) | ORDER |
| SBARRO, INC., | ) | |
| | ) | |
|         Defendant. | ) | |
| | | |
| KURSAT HAMZAOGLU, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | 8:09CV301 |
| vs. | ) | |
| | ) | ORDER |
| SBARRO, INC., | ) | |
| | ) | |
|         Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motions to Extend Discovery and Summary Judgment Deadlines are granted, as follows:

1. The deadline for filing motions for summary judgment is extended from September 17, 2010 to November 16, 2010.

2. The deposition deadline is extended from August 16, 2010 to October 15, 2010.

3. The deadline for serving pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is extended to February 1, 2011.

4. Motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 shall be filed by November 10, 2010.

5. The final pretrial conference is continued from December 17, 2010 to **February 17, 2011 at 11:00 AM**, in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

6. A jury trial is set to commence, at the court's call, during the week of **March 15, 2011**, in Omaha, Nebraska, before the Honorable Laurie Smith Camp.

**DATED August 3, 2010.**

                                  **BY THE COURT:**

                                  s/ F.A. Gossett
                                  **United States Magistrate Judge**