# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZAFER BULDUK, | |
|           Plaintiff, | |
|   v. | 8:09-cv-00298-LSC-FG3 |
| SBARRO, INC., | **ORDER** |
|           Defendant. | |
| | |
| VOLKAN SOYULMAZ, | |
|           Plaintiff, | |
|   v. | 8:09-cv-00299-LSC-FG3 |
| SBARRO, INC., | **ORDER** |
|           Defendant. | |
| | |
| CHARLES ALLEY, | |
|           Plaintiff, | |
|   v. | 8:09-cv-00300-LSC-FG3 |
| SBARRO, INC., | **ORDER** |
|           Defendant. | |
| | |
| KURSAT HAMZAOGLU, | |
|           Plaintiff, | |
|   v. | 8:09-cv-00301-LSC-FG3 |
| SBARRO, INC., | **ORDER** |
|           Defendant. | |

**THIS MATTER** is before the court on the parties' Joint Motion to extend the discovery and summary judgment deadlines. In order to retain the May 17, 2011 trial date,

**IT IS ORDERED** that the motion is granted in part, and denied in part, as follows:

1. The deadline for filing motions for summary judgment is extended from February 1, 2011 to **February 15, 2011.**

2. The discovery deadline is extended to **January 28, 2011**, as requested.

**DATED January 11, 2011.**

                                              **BY THE COURT:**

                                              s/ F.A. Gossett, III
                                              **United States Magistrate Judge**