**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ZAFER BULDUK,** | ) | **CASE NO. 8:09CV298** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SBARRO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the notification that Defendant Sbarro, Inc. filed for Chapter 11 bankruptcy protection on April 4, 2011, in the Bankruptcy Court for the Southern District of New York (Bankr. S.D.N.Y. No. 11-11527). Under NEGenR 1.5(a)(1), "Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the entire case will be referred to the bankruptcy court of this district for further action." Accordingly,

IT IS ORDERED: On or before April 15, 2011, counsel for the parties shall electronically file a "Response" to this order, showing cause why this case should not be referred to the Bankruptcy Court for the District of Nebraska under NEGenR 1.5(a)(1) and 28 U.S.C. § 157.

DATED this 8th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge